IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH R. WEAVER                                                        PLAINTIFF

v.                                    Case No. 4:26-cv-04018

AMBER WALTERS, *Detention Officer*;
R. LANGOHR, *Detention Officer and Commissary*
*Officer;* and CAPTAIN JAMES WISE, *Captain*
*of Hempstead Detention Center*                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on April 14, 2026, by the

Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 7.  Judge Comstock conducted a preservice screening of Plaintiff's Complaint and now

recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief

may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Specifically, Judge Comstock finds that

Plaintiff failed to allege facts showing that any Defendants personally opened his mail, that his

mail was privileged legal mail to or from his attorney, or that his denial of yard time for a total of

48 non-consecutive days violated the Eighth Amendment.

Plaintiff has not objected to the Report and Recommendation, and the time to do so has

passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record

and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation

(ECF No. 7) *in toto*.  Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge